Sandra K. McBeth (SBN 138697)
A Professional Law Corporation
7343 El Camino Real, #185
Atascadero, CA 93422
(805)464-2959
(805)357-5905(fax)
smcbeth@mcbethlegal.com

Attorney for Sandra K. McBeth
    Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| PATRICK JAMES DENNIS,<br><br>    Debtor.<br>_____<br><br>RANDALL FOX AND ATLANTA FOUNDATION FOR PUBLIC SPACES, LLC,<br><br>    Plaintiffs.<br><br>vs.<br><br>PATRICK JAMES DENNIS,<br><br>    Defendant.<br>_____ | Case No. 9:17-BK-11830-DS<br>Chapter 7<br>Adv. No. 9:18-AP-01001-DS<br><br>**LIMITED OPPOSITION OF CHAPTER 7 TRUSTEE TO MOTION TO DISMISS COUNTERCLAIM FOR LACK OF STANDING AND REQUEST TO CONTINUE HEARING ON SAID MOTION, IF NECESSARY**<br><br>DATE: April 11, 2018<br>TIME: 10:30 a.m.<br>PLACE: 1415 State St., Room 201<br>    Santa Barbara, CA 93101 |

    Sandra K. McBeth, Chapter 7 Trustee in the above-entitled matter, submits the following in limited opposition to the Motion To Dismiss Counterclaim and if necessary, a request for a continuance of a substantive hearing on the motion to dismiss due to the Trustee's unavailability.

1

1. Counter-defendants Randall Fox and Atlanta Foundation For Public Spaces, LLC (hereinafter Counter-defendants) filed this motion to dismiss the counterclaim filed by Debtor Patrick James Dennis (hereinafter "Debtor") on the grounds Debtor lacks standing to maintain the Counterclaim.

2. Sandra K. McBeth is the duly appointed and acting Chapter 7 Trustee.

3. The claims raised in the Counterclaim are property of the estate pursuant to 11 U.S.C. §541 and as such, belong to the estate and should be maintained if at all or until abandoned, by the Trustee.

4. The claims raised in the Counterclaim were scheduled by the Debtor as an asset he owned as of the date the case was commenced, on October 6, 2017, as set forth in Schedule A/B filed on October 20, 2017, a true and correct copy of which is attached hereto as Exhibit "A" and incorporated herein by reference. Specifically, the claims are identified in assets 34, 35 and 44.

5. The Trustee is in the process of investigating these claims as well as negotiating with Counter-defendants to obtain an overall resolution to the Counterclaims and other assets available for liquidation (specifically one of the vehicles in which the Debtor maintains title, but for which Counterdefendants have possession and would like to purchase the vehicle to obtain clear title.

6. The Trustee is still in the process of investigating the facts and documents surrounding the Counterclaim and believes it to have value to the estate. It is respectfully requested that the motion be denied at this time to allow the Trustee to determine whether and if she will prosecute the claim or settle it for the benefit of creditors. If the Court is inclined to dismiss the Counterclaim, as the Trustee agrees the Debtor clearly lacks standing to file and

1 | maintain the Counterclaim, it is requested the dismissal be without prejudice to the Trustee
2 | and the estate, as she does have standing to maintain the claim if/when it becomes necessary.
3 |     7.    In the alternative, the Trustee requests the Court continue the hearing on the
4 | motion to dismiss for at least 60 days to allow the Trustee and Counterdefendants to formalize
5 | an agreement for the resolution of the Counterclaim and the vehicle purchase. The Trustee is
6 | unavailable on April 11, 2018 due to a commitment out of the State, understands the
7 | Counterdefendants are not opposed to a continuance and believes it to be in all parties' best
8 | interests to have this resolved with the appropriate parties.

Date: March 27, 2018

                                                                        /s/ Sandra K. McBeth
                                                                        Sandra K. McBeth
                                                                         Attorney for Sandra K. McBeth,
                                                                         Chapter 7 Trustee

## DECLARATION OF SANDRA K. MCBETH

I, SANDRA K. MCBETH, DECLARE AND SAY:

1. I am the duly appointed, qualified and acting Chapter 7 Trustee in the above-entitled matter. In that capacity, I have reviewed the documents related to the Counterclaim, documents provided by the Counter-defendants, and the documents provided by the Debtor.

2. The claims raised in the Counterclaim by the Debtor were listed in his original bankruptcy schedules, Schedule A/B, a true and correct copy of which is attached hereto as Exhibit "A" and incorporated herein by reference. No claim of exemption was made as to the Debtor's claims against Counter-defendants. See Schedule C, the most recent of which was filed on March 7, 2018, attached hereto as Exhibit "B" and incorporated herein by reference.

3. I agree with Counter-defendants argument that the Debtor lacks standing to bring and maintain this Counterclaim. This claim is an asset of the estate which I am investigating and attempting to resolve to the benefit of the estate and its creditors. I have not abandoned the claim, and I do have standing to pursue the claim if or when it becomes necessary.

4. I have begun negotiations with the Counter-defendants to resolve the Counterclaim as well as for the purchase of the 2003 Range Rover Land Rover from the estate. In order to properly document and finalize any such agreement, I need additional time to do so, including a motion for this Court's approval.

5. I am not available on April 11, 2018 to attend this hearing by phone or otherwise, as I have a commitment out of the State. I have discussed this with Mr. Geer, counsel for Counter-defendants, and he has no objection to continuing the hearing on this

motion to allow us additional time to resolve the issues, or properly plead them.

6. Due to the fact I am not formally a party to the adversary proceeding, a stipulation to continue was not possible.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27 day of March, 2018 at Atascadero, California.

*Sandra K. McBeth*
Sandra K. McBeth

**Exhibit "A"**

**Fill in this information to identify your case and this filing:**

Debtor 1: Patrick James DENNIS
Debtor 2: --
United States Bankruptcy Court for the: Central District of California
Case number: 9:17-bk-11830-PC

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                                       12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1 999 Suffolk Street
   Cambria, CA 93428
   County: San Luis Obispo

   What is the property? Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other ____

   Who has an interest in the property? Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: APN 022-141-026.

   Current value of the entire property? $ 375,000.00
   Current value of the portion you own? $ 375,000.00

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   Fee simple.

   ☐ Check if this is community property (see instructions)

   If you own or have more than one, list here.

   1.2 None.

   What is the property? Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other ____

   Who has an interest in the property? Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Current value of the entire property? $ ____
   Current value of the portion you own? $ ____

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number: ____

Official Form 106A/B                  Schedule A/B: Property                                  page 1

Debtor 1  Patrick James DENNIS
         First Name  Middle Name  Last Name

Case number (if known) 9:17-bk-11830-PC

1.3 Street address, if available, or other description: None.

City ___ State ___ ZIP Code ___

County ___

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other ___

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: ___

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?  $ ___
Current value of the portion you own?  $ ___

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. → $ 375,000.00

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
- ☐ No
- ☑ Yes

3.1  Make: Land Rover
     Model: LR3
     Year: 2003
     Approximate mileage: 135000
     Other information:
     Plate Number:

**Who has an interest in the property?** Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?  $ 9,000.00
Current value of the portion you own?  $ 9,000.00

If you own or have more than one, describe here.

3.2  Make: None.
     Model:
     Year:
     Approximate mileage:
     Other information:

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?  $ ___
Current value of the portion you own?  $ ___

Official Form 106A/B   Schedule A/B: Property   page 2

Debtor 1  Patrick James DENNIS  
First Name   Middle Name   Last Name

Case number (if known) 9:17-bk-11830-PC

---

**3.3** Make: None.  
Model: ___  
Year: ___  
Approximate mileage: ___  
Other information:

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $___  
Current value of the portion you own? $___

**3.4** Make: None.  
Model: ___  
Year: ___  
Approximate mileage: ___  
Other information:

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $___  
Current value of the portion you own? $___

---

**4.** Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories  
*Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories*

☑ No  
☐ Yes

**4.1** Make: None.  
Model: ___  
Year: ___  
Other information:

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $___  
Current value of the portion you own? $___

If you own or have more than one, list here:

**4.2** Make: None.  
Model: ___  
Year: ___  
Other information:

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $___  
Current value of the portion you own? $___

---

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here .................. → $ 9,000.00

Debtor 1  Patrick James DENNIS
       First Name  Middle Name  Last Name

Case number (if known) 9:17-bk-11830-PC

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
Examples: Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes. Describe........ Stove, refrigerator, washer, dryer, miscrowave, desk.
$ 1,200.00

**7. Electronics**
Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☑ Yes. Describe........ Computer, television, smartphone.
$ 1,400.00

**8. Collectibles of value**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
☑ Yes. Describe...... Two (2) guitars, four (4) art paintings (personal).
$ 2,500.00

**9. Equipment for sports and hobbies**
Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☑ No
☐ Yes. Describe......... Bicycle.
$ 50.00

**10. Firearms**
Examples: Pistols, rifles, shotguns, ammunition, and related equipment
☑ No
☐ Yes. Describe......... None.
$ 0.00

**11. Clothes**
Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☑ Yes. Describe ...... Everday clothing and shoes.
$ 800.00

**12. Jewelry**
Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☑ Yes. Describe......... Watch.
$ 200.00

**13. Non-farm animals**
Examples: Dogs, cats, birds, horses
☐ No
☑ Yes. Describe........ Pet dog (half St. Bernard).
$ 200.00

**14.** Any other personal and household items you did not already list, including any health aids you did not list
☐ No
☑ Yes. Give specific information ...... Art festival tent.
$ 600.00

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..... → $ 6,950.00

Official Form 106A/B        Schedule A/B: Property        page 4

Debtor 1  Patrick James DENNIS  
First Name  Middle Name  Last Name  

Case number (if known) 9:17-bk-11830-PC

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?  
Do not deduct secured claims or exemptions.

**16. Cash**

Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No  
☒ Yes .................................................................................................................. Cash .................. $ 500.00

**17. Deposits of money**

Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No  
☒ Yes ...............

| | Institution name | |
|---|---|---|
| 17.1. Checking account: | Bank of America. | $ 3,042.00 |
| 17.2. Checking account: | | $ |
| 17.3. Savings account: | None. | $ 0.00 |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | None. | $ 0.00 |
| 17.6. Other financial account: | None. | $ 0.00 |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

**18. Bonds, mutual funds, or publicly traded stocks**

Examples: Bond funds, investment accounts with brokerage firms, money market accounts

☒ No  
☐ Yes ................  Institution or issuer name  

None. .................................................................................................................... $ 0.00  
.................................................................................................................................... $  
.................................................................................................................................... $

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No  
☒ Yes. Give specific information about them...

| Name of entity: | % of ownership | |
|---|---|---|
| Atlanta Foundation For Public Spaces, LLC ("AFFPS"). | 50 % | $ |
| I still own 50% after withdrawing as a member in July 2015, | % | $ |
| but AFFPS refuses to provide K-1 Schedules, et cetera. | % | $ |

Official Form 106A/B  Schedule A/B: Property  page 5

Debtor 1  Patrick James DENNIS
         First Name  Middle Name  Last Name

Case number (if known) 9:17-bk-11830-PC

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ☒ No
   ☐ Yes. Give specific information about them.

   Issuer name
   None.                                                                        $        0.00
                                                                                $
                                                                                $

21. **Retirement or pension accounts**

   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ☒ No
   ☐ Yes. List each account separately

   | Type of account | Institution name | |
   |---|---|---|
   | 401(k) or similar plan: | None. | $ 0.00 |
   | Pension plan | None. | $ 0.00 |
   | IRA | None. | $ 0.00 |
   | Retirement account | None. | $ 0.00 |
   | Keogh | None. | $ 0.00 |
   | Additional account | None. | $ 0.00 |
   | Additional account | | $ |

22. **Security deposits and prepayments**

   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

   ☐ No
   ☒ Yes

   | | Institution name or individual: | |
   |---|---|---|
   | Electric | None. | $ 0.00 |
   | Gas | None. | $ 0.00 |
   | Heating oil | None. | $ 0.00 |
   | Security deposit on rental unit | Working Artist Studio / Patrick Gallery | $ 1,000.00 |
   | Prepaid rent | None. | $ 0.00 |
   | Telephone | None. | $ 0.00 |
   | Water | None. | $ 0.00 |
   | Rented furniture | None. | $ 0.00 |
   | Other: | None. | $ 0.00 |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

   ☒ No
   ☐ Yes

   Issuer name and description:
   None                                                                         $        0.00
                                                                                $
                                                                                $

Official Form 106A/B                  Schedule A/B: Property                                      page 6

Case 9:18-ap-01001-DS    Doc 16    Filed 03/28/18    Entered 03/28/18 08:52:30    Desc
Main Document    Page 13 of 20

Debtor 1   Patrick James DENNIS
          First Name   Middle Name   Last Name

Case number (if known) 9:17-bk-11830-PC

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ☒ No
   ☐ Yes ......  Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

   None.  $ 0.00
          $
          $

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ☒ No
   ☐ Yes. Give specific information about them.   None.   $ 0.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   Examples: Internet domain names, websites, proceeds from royalties and licensing agreements
   ☒ No
   ☐ Yes. Give specific information about them.   None.   $ 0.00

27. **Licenses, franchises, and other general intangibles**
   Examples: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ☒ No
   ☐ Yes. Give specific information about them.   None.   $ 0.00

**Money or property owed to you?**   Current value of the portion you own? Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
   ☒ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.   None.   Federal: $ 0.00
                                                                                          State:   $ 0.00
                                                                                          Local:   $ 0.00

29. **Family support**
   Examples: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ☒ No
   ☐ Yes. Give specific information   None.   Alimony:            $ 0.00
                                              Maintenance:        $ 0.00
                                              Support:            $ 0.00
                                              Divorce settlement: $ 0.00
                                              Property settlement:$ 0.00

30. **Other amounts someone owes you**
   Examples: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ☒ No
   ☐ Yes. Give specific information   None.   $ 0.00

Debtor 1  Patrick James DENNIS
         First Name  Middle Name  Last Name

Case number (if known) 9:17-bk-11830-PC

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ☑ Yes. Name the insurance company of each policy and list its value.

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | Hartford Insurance | Patrick James Dennis | $ 0.00 |
    | Farmers Insurance | Patrick James Dennis | $ 0.00 |
    | None. | -- | $ 0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☑ No
    ☐ Yes. Give specific information.    None.    $ 0.00

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☑ No
    ☐ Yes. Describe each claim.    None.    $ 0.00

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ☑ Yes. Describe each claim.    I have an unliquidated setoff / offset claim of about $40,000 in the pending (stayed) Georgia lawsuit against me by Randall D. Fox.    $ 40,000.00

35. **Any financial assets you did not already list**
    ☐ No
    ☑ Yes. Give specific information.    See Item 19, i.e., the value of my 50% ownership interest in AFFPS is unknown due to the lack of any financial information.    $

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ............................................................→    $ 44,042.00

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
    ☐ No. Go to Part 6.
    ☑ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ☐ No
    ☑ Yes. Describe    Art commission.    $ 700.00

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☐ No
    ☑ Yes. Describe    Laptop, printer, desk, and chairs.    $ 800.00

Official Form 106A/B        Schedule A/B: Property        page 8

Debtor 1   Patrick James DENNIS    Case number (if known) 9:17-bk-11830-PC
         First Name  Middle Name  Last Name

40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade
   ☐ No
   ☑ Yes. Describe... Paintbrushes and canvasses.                              $    300.00

41. Inventory
   ☐ No
   ☑ Yes. Describe... Completed-paintings inventory.                           $  4,000.00

42. Interests in partnerships or joint ventures
   ☑ No
   ☐ Yes. Describe... Name of entity:                    % of ownership
                      None.                                    %              $      0.00
                      _____          %              $
                      _____          %              $

43. Customer lists, mailing lists, or other compilations
   ☑ No
   ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
          ☐ No
          ☐ Yes. Describe  No.                                                $      0.00

44. Any business-related property you did not already list
   ☐ No
   ☑ Yes. Give specific  See Items 19 and 35 above. I maintain that I still own 50% of AFFPS   $
         information     after my withdrawal from the company in July 2015, although AFFPS    $
                         disputes my contention based upon disputed interpretations of the    $
                         operating agreement. In any event, the value of my 50% interest is   $
                         unknown in that AFFPS has failed and refused to provide me with      $
                         K-1 Schedules or other financial information for the last three (3) years. $

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
    for Part 5. Write that number here                                    →   $  5,800.00

---

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
   ☑ No. Go to Part 7.
   ☐ Yes. Go to line 47.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

47. Farm animals
   Examples: Livestock, poultry, farm-raised fish
   ☑ No
   ☐ Yes.  None.                                                              $      0.00

Official Form 106A/B                        Schedule A/B: Property                          page 9

Debtor 1  Patrick James DENNIS                            Case number (if known) 9:17-bk-11830-PC
         First Name  Middle Name  Last Name

48. Crops—either growing or harvested
☑ No
☐ Yes. Give specific information. None.                                                        $ 0.00

49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade
☑ No
☐ Yes      None.                                                                               $ 0.00

50. Farm and fishing supplies, chemicals, and feed
☑ No
☐ Yes      None.                                                                               $ 0.00

51. Any farm- and commercial fishing-related property you did not already list
☑ No
☐ Yes. Give specific information. None.                                                        $ 0.00

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here                                                          → $ 0.00

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
Examples: Season tickets, country club membership
☐ No
☑ Yes. Give specific information    None other than that listed 19, 35, and 44 above, i.e., my 50% ownership   $ _____
                                    interest in AFFPS of presently unknown value due to the lack of financial  $ _____
                                    information from the company despite my repeated demands therefor.         $ _____

54. Add the dollar value of all of your entries from Part 7. Write that number here         → $ _____

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2                                                       → $ 375,000.00

56. Part 2: Total vehicles, line 5                          $ 9,000.00

57. Part 3: Total personal and household items, line 15     $ 6,950.00

58. Part 4: Total financial assets, line 36                 $ 44,042.00

59. Part 5: Total business-related property, line 45        $ 5,800.00

60. Part 6: Total farm- and fishing-related property, line 52  $ 0.00

61. Part 7: Total other property not listed, line 54        + $ _____

62. Total personal property. Add lines 56 through 61.       $ 65,792.00  Copy personal property total → + $ 65,792.00

63. Total of all property on Schedule A/B. Add line 55 + line 62.                              $ 440,792.00

Official Form 106A/B                    Schedule A/B: Property                                 page 10

**Exhibit "B"**

Fill in this information to identify your case:

Debtor 1: Patrick James DENNIS

Debtor 2 (Spouse, if filing): —

United States Bankruptcy Court for the: Central District of California

Case number (if known): 9:17-bk-11830-DS

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt     4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

   | Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption.) | Specific laws that allow exemption |
   |---|---|---|---|
   | Brief description: Home / Residence. Line from Schedule A/B: 1.1 | $375,000.00 | ☑ $75,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | Code of Civil Procedure section 704.730, subd. (a)(1). |
   | Brief description: '06 Land Rover LR3. Line from Schedule A/B: 3.1 | $9,000.00 | ☑ $3,050.00 ☐ 100% of fair market value, up to any applicable statutory limit | Code of Civil Procedure section 704.010. |
   | Brief description: Computer & phone. Line from Schedule A/B: 7 | $1,400.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Code of Civil Procedure section 704.060. |

3. Are you claiming a homestead exemption of more than $160,375?
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C                    Schedule C: The Property You Claim as Exempt                    page 1 of 2

Debtor 1  Patrick James DENNIS
         First Name   Middle Name   Last Name

Case number (if known) 9:17-bk-11830-DS

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Four (4) artworks. Line from Schedule A/B: 8 | $2,000.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Code of Civil Procedure section 704.040. |
| Brief description: Watch (Apple). Line from Schedule A/B: 12 | $200.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Code of Civil Procedure section 704.040. |
| Brief description: Art-festival tent. Line from Schedule A/B: 14 | $600.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Code of Civil Procedure section 704.060. |
| Brief description: Checking account. Line from Schedule A/B: 17.1 | $3,042.00 | ☑ $ 1,522.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Code of Civil Procedure section 704.080. |
| Brief description: Office equipment. Line from Schedule A/B: 39 | $800.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Code of Civil Procedure section 704.060. |
| Brief description: Tool of trade. Line from Schedule A/B: 40 | $300.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Code of Civil Procedure section 704.060. |
| Brief description: Inventory (artworks). Line from Schedule A/B: 41 | $4,000.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Code of Civil Procedure section 704.040. |
| Brief description: -- Line from Schedule A/B: ___ | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | -- |
| Brief description: -- Line from Schedule A/B: ___ | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | -- |
| Brief description: ___ Line from Schedule A/B: ___ | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | -- |
| Brief description: ___ Line from Schedule A/B: ___ | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | -- |
| Brief description: ___ Line from Schedule A/B: ___ | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | -- |

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 2 of 2

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
7343 El Camino Real, #185, Atascadero, CA

A true and correct copy of the foregoing document described **Limited Opposition of Chapter 7 Trustee to Motoin to Dismiss Counterclaim For Lack of Standing and Request to Continue hearing on Said Motion, If Necessary** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 28, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| United States Trustee (ND) | ustpregion16.nd.ecf@usdoj.gov |
| Joseph D. Bussone | jdbussone@gmail.com; jdb@bussonelaw.com |
| Will Geer | wgeer@wiggamgeer.com |
| Karen L. Grant | kgrant@silcom.com |
| Sandra McBeth(TR) | jwalker@mcbethlegal.com, CA65@ecfcbis.com |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On March 28, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Deborah L. Saltzman
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 28, 2018 | Sandra K. McBeth | /s/ Sandra K. McBeth |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE