JOSEPH D. BUSSONE, Esq. (SBN 108168)
LAW OFFICE OF JOSEPH D. BUSSONE
1716 Cardiff Drive, P.O. Box 1207
Cambria, California 93428-1207
Telephone: (805) 203-5222
FAX: (805) 203-5223
E-mail: jdb@bussonelaw.com

Attorney for debtor and defendant
**PATRICK JAMES DENNIS**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA — NORTHERN DIVISION

| | |
|---|---|
| In re Patrick James Dennis,<br><br>　　　　Debtor.<br>_____<br>Randall D. Fox and Atlanta Foundation for Public Spaces, LLC,<br><br>　　　　Plaintiffs,<br><br>-vs.-<br><br>Patrick James Dennis,<br><br>　　　　Defendant.<br>_____ | Case No. 9:17-bk-11830-DS<br><br>Chapter 7<br><br>Adv. No. 9:18-ap-01001-DS<br><br>**LIMITED OPPOSITION BY DEFENDANT PATRICK JAMES DENNIS TO MOTION TO DISMISS HIS COUNTERCLAIM FOR LACK OF STANDING**<br><br>DATE: April 11, 2018<br>TIME: 10:30 a.m.<br>PLACE: 1415 State Street, Room 201<br>　　　　Santa Barbara, CA 93101 |

## LIMITED OPPOSITION TO MOTION TO DISMISS COUNTERCLAIM

Defendant **PATRICK JAMES DENNIS** hereby respectfully submits his limited opposition to the subject motion to dismiss his counterclaim in the adversary proceeding for lack of standing.

**Concessions Re Standing:** Defendant *concedes* that he presently lacks standing to assert the subject counterclaim, and defendant further *concedes* that only the chapter 7 bankruptcy trustee presently has standing to assert that counterclaim (for the reasons essentially stated in both the motion to dismiss and in the bankruptcy trustee's limited opposition thereto filed earlier this date).

**Dismissal & Abandonment:** However, in the event that the hearing of the motion to dismiss is not continued as presently requested by the bankruptcy trustee, and in the event that the counterclaim is

1

in turn dismissed by the court, defendant hereby respectfully requests that any such dismissal should be *without prejudice,* so that the bankruptcy trustee may pursue the counterclaim in the first instance, or, alternatively, so that the defendant may pursue same *nunc pro tunc* in the event that the bankruptcy trustee is unable to resolve the counterclaim and may thereafter eventually elect to abandon same. The legal basis and reason for defendant's instant request can be briefly summarized as follows:

**Restoration Of Debtor's Interest Nunc Pro Tunc & Regained Standing In The Event Of Abandonment:** If and when a trustee abandons a claim, a debtor *regains standing* to bring that claim because "upon abandonment, the debtor's interest in the property is restored *nunc pro tunc* as of the filing of the bankruptcy petition." *Catalano v. Comm'r of Internal Revenue,* 279 F.3d 682, 685 (9th Cir. 2002). The Ninth Circuit describes abandonment in the bankruptcy context as "the formal relinquishment of the property at issue from the bankruptcy estate." *Catalano,* 279 F.3d at 685. Proper abandonment by the bankruptcy estate of scheduled claims resulting in restoration of a debtor's interest in property (and thus debtor's standing to bring a claim for that property) is governed by 11 U.S.C. § 554. Section 554(c) in particular states in pertinent part that: "[u]nless the court orders otherwise, any property scheduled under section 521(a)(1) of this title not otherwise administered at the time of the closing of a case is abandoned to the debtor[.]. . ." 11 U.S.C. § 554(c).

**Conclusion Re Regaining Standing:** Accordingly, if the hearing of the dismissal motion at hand is not continued, any potential dismissal of the counterclaim should be *without prejudice* to the possibility of the defendant regaining standing in the event of a formal abandonment by the chapter 7 trustee.

Dated: March 28, 2018.                                    Respectfully submitted,

/s/ Joseph D. Bussone
_____
JOSEPH D. BUSSONE, Esq.
1716 Cardiff Drive, P.O. Box 1207
Cambria, CA 93428-1207
Telephone: (805) 203-5222
FAX: (805) 203-5223
Email: jdb@bussonelaw.com

Attorney for debtor and defendant
**PATRICK JAMES DENNIS**

//

LIMITED OPPOSITION BY DEFENDANT PATRICK JAMES DENNIS TO MOTION TO DISMISS COUNTERCLAIM

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1716 Cardiff Drive, P.O. Box 1207, Cambria, California 93428-1207[.]

A true and correct copy of the foregoing document entitled (*specify*): LIMITED OPPOSITION BY DEFENDANT PATRICK JAMES DENNIS TO MOTION TO DISMISS HIS COUNTERCLAIM FOR LACK OF STANDING[.]

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/28/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Karen L. Grant --- kgrant@silcom.com
- Will Geer --- wgeer@wiggamgeer.com
- Sandra McBeth (TR) --- jwalker@mcbethlegal.com, CA65@ecfcbis.com
- United States Trustee (ND) --- ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 03/28/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Deborah J. Saltzman
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634
Los Angeles, California 90012-3543

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/28/2018 | JOSEPH D. BUSSONE, Esq. | /s/ Joseph D. Bussone |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**