Sandra K. McBeth (SBN 138697)
A Professional Law Corporation
7343 El Camino Real, #185
Atascadero, CA 93422
(805)464-2959
(805)357-5905(fax)
smcbeth@mcbethlegal.com

Attorney for Sandra K. McBeth
    Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| PATRICK JAMES DENNIS,<br><br>Debtor.<br>_____<br>RANDALL FOX AND ATLANTA FOUNDATION FOR PUBLIC SPACES, LLC,<br><br>Plaintiffs.<br><br>vs.<br><br>PATRICK JAMES DENNIS,<br><br>Defendant.<br>_____ | Case No. 9:17-BK-11830-DS<br>Chapter 7<br>Adv. No. 9:18-AP-01001-DS<br><br>**STIPULATION RE: DISMISSAL OF COUNTERCLAIM ONLY**<br><br>NO HEARING REQUIRED |

It is hereby stipulated by and between Sandra K. McBeth, Chapter 7 Trustee and the party-in-interest in the Counterclaim filed by Debtor Patrick James Dennis on February 12, 2018 in the above-entitled adversary proceeding, and Counter-Defendants Randall D. Fox and Atlanta Foundation for Public Spaces, LLC as follows:

1

1. The Trustee and Counter-Defendants entered into a settlement agreement fully resolving the estate's interest in the Counterclaim against Randall Fox and Atlanta Foundation for Public Spaces, LLC and on April 26, 2018 the Trustee filed a motion for approval of this settlement in the bankruptcy proceeding, Patrick James Dennis, 9:17-BK-11830-DS.

2. On May 16, 2018 the Bankruptcy Court entered an order approving the Trustee's settlement with Randall Fox and Atlanta Foundation for Publlic Spaces, LLC which included a provision that the Counterclaim raised herein is fully resolved and should be dismissed.

ACCORDINGLY, the parties stipulate and agree as follows:

A. The Counterclaim filed in the adversary proceeding Randall Fox, et al. vs. Patrick James Dennis, 9:18-AP-01001-Ds shall be dismissed with prejudice, with each side bearing its own attorney's fees and costs.

IT IS SO STIPULATED.

Date: July 19, 2018

Sandra K. McBeth, Ch. 7 Trustee
and Real Party in Interest/Counterclaimant

Date: 7-19-18

Will Geer
Attorney for Plaintiffs and Counter-Defendants
Randall Fox and Atlanta Foundation for Public
Space, LLC

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
7343 El Camino Real #185, Atascadero CA 93422

A true and correct copy of the foregoing document described **STIPULATION RE DISMISSAL OF COUNTERCLAIM ONLY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 25, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (ND)　　　　　　　　　　　　　　　　ustpregion16.nd.ecf@usdoj.gov
Joseph Bussone Attorney for Debtor　　　　　　　　　　　jdbussone@gmail.com
Will Geer c/o Karen Grant　　　　　　　　　　　　　　　　kgrant@silcom.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On July 25, 2018 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Deborah Saltzman, United States Bankruptcy Court, 255 E. Temple St, Ste 1634, Los Angeles CA 90012
Debtor: Patrick James Dennis, 999 Suffolk Street, Cambria, CA 93428

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 25, 2018 | **Donna Earnest** | /s/ Donna Earnest |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*　　　　　　　　　　　　　　　　　　　　　　　　　　　　**F 9013-3.1.PROOF.SERVICE**